ANGELINA LUCIA, as Administratrix, etc., of BRIDGET MIELE, Also Known as BRIDGET CERILLO, Deceased, Appellant, v. GIUSEPPE MIELE, Respondent. (Action No. 2.) — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

JOHN S. LUNNEY, Respondent, v. ELVIDIO CAPOBIANCO, Defendant. PERRY P. FRAUCHT and EDGAR L. MORRISON, Appellants.— Judgment and order denying motion to set aside verdict unanimously affirmed, with costs. The facts permitted the jury to find that plaintiff's car was struck by the appellants' car, the Packard, when both vehicles were to the south of the center of the road which, therefore, determined that the Packard was on the wrong side of the road when it ran into the Overland car. The facts also permitted the jury to find that when the Nash car came in contact with plaintiff's car, the Packard was at least 100 feet to the rear of the Nash car, and that at the speed at which the driver said he was going, coupled with the perfect condition in which he claimed his brakes and car to be, he had ample time and space to anticipate the possibility of collision with plaintiff's car. We have, therefore, reached the conclusion that the verdict is supported by the evidence. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.

ELIZABETH MANN, as Administratrix, etc., of JOSEPH FINNELL, Deceased, Appellant, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Respondent.— Order setting aside verdict reversed upon the law and the facts, with costs, and verdict reinstated in the sum of $4,000 upon condition that within five days from service of a copy of the order entered herein, appellant stipulate that the verdict be reduced to that amount; in which event judgment is directed to be entered thereon, with costs; otherwise, order unanimously affirmed, with costs. In our opinion the verdict as rendered was excessive. Rich, Seeger and Scudder, JJ., concur; Lazansky, P. J., and Kapper, J., dissent and vote to affirm upon the ground that the court exercised proper discretion in setting aside the verdict.

VINCENT MARESCA, Appellant, v. HARRIS BROTHERS COMPANY, Respondent.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The motion to dismiss for failure to prosecute was improperly granted in view of the fact that later issues have not been tried in their regular order. (Rules Civ. Prac. rule 156.) Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

SARAH A. McKNIGHT, Respondent, v. BANK OF NEW YORK AND TRUST COMPANY and WILLIAM G. PILGRIM, Appellants.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from service of a copy of the order entered herein. In our opinion, the trust here is revocable, and the decision is, therefore, correct under the principle laid down in *Whittemore* v. *Equitable Trust Co.* (162 App. Div. 607). The decision is based upon this ground only. Young, Hagarty, Seeger and Scudder, JJ., concur; Rich, J., concurs in result.